**QUARLES & BRADY LLP**
Firm State Bar No. 00443100

Michael J. Curley (AZ Bar #025972)
Michael.Curley@quarles.com
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621
TEL: (520) 770-8768

Isaac S. Crum (AZ Bar #026510)
Isaac.Crum@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Tel: (602) 229-5200

*Attorneys for The Arizona Board of Regents on behalf of The University of Arizona*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Board of Regents on behalf of The University of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Scumdevils, LLC; Manuel A. Rocha; Francisco J. Jacinto; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>**(JURY TRIAL DEMANDED)** |

**COMPLAINT**

Plaintiff, The Arizona Board of Regents on behalf of The University of Arizona ("University of Arizona" or "the University"), by and through its attorneys at Quarles & Brady LLP, files this Complaint against Defendants Scumdevils, LLC, Manuel A. Rocha, Francisco J. Jacinto, and DOES 1–10 (collectively "Scumdevils" or "Defendants"). Plaintiff states and alleges as follows:

## NATURE OF THE ACTION

1. This is an action trademark infringement, false designation of origin, and a request for trademark cancellation, arising under the Lanham Act, 15 U.S.C. §§ 1051–1127. This is also an action for misappropriation and unfair competition arising under the common law of the State of Arizona. Plaintiff seeks injunctive relief and damages arising from Defendant's infringement of the University's marks as described below.

## JURISDICTION, VENUE AND PARTIES

2. This Court has subject matter jurisdiction of this action under Section 39 of the Trademark Act of 1946, 15 U.S.C. § 1121; 28 U.S.C. §§ 1331 and 1338; and the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367.

3. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1400(a).

4. Plaintiff is a public educational institution organized under the laws of the State of Arizona having a location at 103 Administrative Bldg., 1401 E. University Boulevard, Tucson, Arizona, 85721-0066.

5. Upon information and belief, Defendant Scumdevils, LLC is a limited liability corporation organized under the laws of the State of Arizona with its principal place of business at 111 W. Camino Rancho Quito, Sahuarita, AZ.

6. Upon information and belief, Defendant Manuel A. Rocha is an individual and a member of Scumdevils, LLC. Upon information and belief Mr. Rocha maintains a primary residence and is domiciled at 851 W. Calle Valenciana, Sahuarita, Arizona 85629.

7. Upon information and belief, Defendant Francisco J. Jacinto is an individual and a member of Scumdevils, LLC. Upon information and belief Mr. Jacinto maintains a primary residence and is domiciled at 111 W. Camino Rancho Quito, Sahuarita, Arizona 85629.

8. Upon information and belief, DOES 1–10 are individuals who own community property with Mr. Rocha and Mr. Jacinto during the relevant timeframe for

damages in the instant lawsuit. Upon information and belief, potential DOES 1–10 reside and are domiciled at the same address as Mr. Rocha and Mr. Jacinto.

9. Upon information and belief, Defendants have intentionally made available their website and web services to users in the State of Arizona and in this Judicial District. Upon information and belief, Defendants have intentionally conducted directed sales efforts to potential customers in the State of Arizona, including fans, students, employees, and alumni of the University of Arizona. Further, the Defendants' commission of the acts complained of below were expressly aimed at Plaintiff's rights in this Judicial District and have caused harm to Plaintiff whose principal place of business is in this Judicial District.

10. Defendants are subject to personal jurisdiction in this State of Arizona in this Judicial District.

## BACKGROUND

### A. The University of Arizona

11. The University of Arizona was founded in 1885 and is the flagship university in the State of Arizona's public university system. The University offers undergraduate and graduate educational and athletic programs. In 2015, the University enrolled over 40,000 students.

12. On information and belief, since November 8, 1914, the University of Arizona's athletic teams have been known as the "Wildcats". Since that time, the University has used the mark WILDCATS, as well as related marks containing the word WILDCAT for the promotion of its student athletes, as well as in connection with the promotion and sale of educational and entertainment services, including athletic events. Additionally, the University and its licensees have used the WILDCATS mark and other related marks containing the term WILDCAT in connection with the promotion and sale of goods, including apparel sold in association with the promotion of the University's sports teams to persons desiring to associate themselves with the University of Arizona.

13. The University of Arizona is the owner of multiple federal trademark registrations for WILDCAT-related marks for use on apparel, including:

a. Reg. No. 1,504,908 (first use date: 1980) for ARIZONA WILDCATS (words plus design) used in connection with "hats, shirts, t-shirts, jackets, sweatshirts, sweatpants, shorts, socks, and visors" in International Class 25;

b. Reg. No. 1,720,369 (first use date: 1974) for CATS used in connection with "socks, sweatshirts, sweaters, sweatpants, hats, and shoes offered and sold in association with the promotion of the university's sports teams to persons desiring to associate themselves with the University of Arizona" in International Class 25;

c. Reg. No. 2,679,963 (first use date: 1950) for ARIZONA WILDCATS used in connection with "Clothing, namely, t-shirts, sweat shirts, sweat pants, shorts, belts, socks and caps" in International Class 25;

(collectively the "Registered Wildcat Trademarks"). Copies of the Certificates of Registration for the Registered Wildcat Trademarks are attached as Exhibits 1–3.

14. In addition to the Registered Wildcat Trademarks, the University of Arizona is the owner of common law rights in the use of marks containing the term(s) WILDCAT(S). These trademarks have been used since the early 1900s and have been used in commerce since at least the 1950s. Collectively, all marks used by the University containing the world WILDCAT in either its singular or plural form, are referred to herein as "the WILDCATS marks". The consuming public (e.g., University of Arizona sports fans) expects and would expect that apparel containing WILDCATS marks would originate from, or be approved or sponsored by the University of Arizona.

15. The University of Arizona is also the owner of a trademark registration for its well-known "wildcat head" image, which was registered in 1992 and which has been used by the University of Arizona since 1980 (Reg. No. 1,685,999) (the "Registered Wildcat Head Trademark"):



(A Copy of the Certificate of Registration for the Registered Wildcat Head Trademark is attached as Exhibit 4.)

16. In addition to the Registered Wildcat Head Trademark, the University of Arizona is the owner of common law rights in the use of the "wildcat head" image for apparel. This image has been used on apparel since 1980 and the consuming public (e.g., University of Arizona sports fans) expect and would expect that apparel containing the "wildcat head" image would originate from, or be approved or sponsored by the University of Arizona.

17. The University of Arizona is also the owner of a trademark registration for "BEAR DOWN." The BEAR DOWN mark was registered in 1988 and has been used in commerce by the University of Arizona since 1977 (Reg. No. 1,508,238) (the "Registered Bear Down Trademark"). A Copy of the Certificates of Registration for the Registered Wildcat Bear Down Trademark is attached as Exhibit 5.

18. In addition to the Registered Bear Down Trademark, the University of Arizona is the owner of common law rights in the use of the BEAR DOWN mark. This trademark has been used in commerce since 1977 and the consuming public (e.g., University of Arizona sports fans) expect and would expect that apparel containing the BEAR DOWN mark would originate from, or be approved or sponsored by the University of Arizona.

19. In 1904, the University adopted a now widely recognized combination of bright red and dark blue as its official schools colors. Since that time, the University has used those colors, particularly in combination, as trademarks in connection with the promotion and sale of goods, including apparel sold in association with the promotion of the University's sports teams to persons desiring to associate themselves with the University of Arizona.

20. The University often uses its marks in combination. Further, the University often uses the foreign language equivalents of its word marks, particularly Spanish equivalents. For example, a licensed University t-shirt including the Registered Wildcat Head trademark and the text "VIVA LOS GATOS," used and identified as one of the University's trademarks, is pictured below.




21. The Registered Wildcat Trademarks, the Registered Wildcat Head Trademark, and the Registered Bear Down Trademark are hereafter collectively referred to as the "Registered Trademarks."

22. The University of Arizona's common law rights in its use of the WILDCATS marks, the "wildcat head" image, and the BEAR DOWN mark are hereafter collectively referred to as the "Common Law Trademarks."

23. The University of Arizona and Defendants have not entered into any agreement regarding the licensing of any trademark rights owned or in possession of either party.

24. Specifically, Defendants are not authorized or otherwise licensed by the University of Arizona to use any trademarks owned by the University of Arizona, including the Registered Trademarks.

**B. <u>Defendants</u>**

25. On information and belief, Scumdevils is a domestic limited liability company registered in the State of Arizona and doing business primarily online at the website: http://www.scumdevils.com .

26. The listed members of Scumdevils are co-defendants Manuel A. Rocha and Francisco J. Jacinto.

27. The Scumdevils website purports to offer "brand name apparel with a dual purpose. Show off your pride and support for the UA Wildcats while simultaneously displaying hate towards ASU." (*See* below.)

About Us

TELL ME MORE

The philosophy behind ScumDevils is simple – brand name apparel with a dual purpose. Show off your pride and support for the UA Wildcats while simultaneously displaying hate towards ASU. All of our products will be branded with our logos. We take great pride in what we do, and look forward to providing you all with great quality and a variety of selections and style to fit your personality.

Whether you were born a WILDCAT, converted over, or baptized into being one, hating ASU is part of you, IT IS WITHIN YOU!"

– ScumDevils.com

WHAT WE DO

- Display Arizona Pride
- Support the Wildcats
- HATE THE SUNDEVILS

ScumDevils.com™

http://www.scumdevils.com/about-us/ (last accessed April 27, 2017).

28. Through the Scumdevils website, the Defendants sell apparel which is based on known University of Arizona trademarks, and which incorporates symbols, logos and other devices, used as Scumdevils trademarks, which are confusingly similar to the University's Common Law Trademarks and Registered Trademarks.

29. For example, the Scumdevils website offers for sale a number of items which prominently feature a design based on the "wildcat head" with the words "Arizona GATOS ["cats"]" written in the beard of the wildcat ("the Dia De Los Arizona Gatos design"). Below is a side-by-side comparison of Defendants' Dia De Los Arizona Gatos design and the University of Arizona's Registered Wildcat Head Trademark:






http://scumdevils.com/product/dia-de-los-gatos-navygrey-baseball-shirt/ (last accessed April 27, 2017)

30. The close similarity of the images is likely to cause confusion in the consuming public regarding the relationship between Defendants and the University of Arizona and is likely to wrongly suggest to the consuming public that Defendants' merchandise is licensed, sponsored or approved by or otherwise affiliated with the University of Arizona.

31. An application to register the Dia De Los Arizona Gatos design as a trademark was filed by Scumdevils' members (and co-defendants), Mr. Rocha and Mr. Jacinto, on March 10, 2014 and a corresponding trademark registration issued to Mr. Rocha and Mr. Jacinto on March 1, 2016. (Trademark Reg. No. 4,909,355, hereafter the "Dia De Los Arizona Gatos Trademark".)

32. The Scumdevils website also sells a number of items which prominently feature a "WC" hand gesture as shown below. An application to register a design based on the WC hand gesture as a trademark was filed by Scumdevils' members (and co-defendants), Mr. Rocha and Mr. Jacinto, on March 26, 2014 and the "WC" hand gesture trademark was registered by Mr. Rocha and Mr. Jacinto on Dec. 22, 2015. (Trademark Reg. No. 4,875,081, hereafter the "WC Trademark".) Scumdevils, which is wholly owned and operated by Mr. Rocha and Mr. Jacinto—as the sole managing members of Scumdevils—now sells a number of products which contain this "WC" hand gesture

along with (from left-to-right) a stylized basketball, an outline of the State of Arizona, and the hashtag "BTFD".

|  |  | <br> |
|---|---|---|
| http://scumdevils.com/product/mens-basketballwc-navy-tee/ | http://scumdevils.com/product/mens-copper-wcstate-premium-fit-shirt/ | http://scumdevils.com/product/mens-wcbtfd-navy-tee/ |

(Last accessed April 27, 2017.)

33. Prior to the application to register the "WC" hand gesture by Mr. Rocha and Mr. Jacinto, the "WC" hand gesture was known as a reference to the University of Arizona **W**ild**c**ats. On information and belief, the "WC" hand gesture was created in 2003 by University of Arizona swimmer Simon Burnett and had been used by students (and student athletes) since that time to refer to the University of Arizona. *See* February 1, 2014 Arizona Daily Star article by Zack Rosenblatt, available at: http://tucson.com/sports/college/wildcats/like-the-ua-s-wc-sign-give-a-hand-to/article_8d15f230-0a32-599f-ad73-7a3008b19a7e.html (last accessed April 27, 2017).



*Id.*

34. The hand gesture is associated with the University of Arizona Wildcats and connotes Wildcat pride by forming a "WC", shorthand for "Wildcat." As explained by Mr. Roseblatt in his article (which pre-dates Defendants' registration of the symbol):

> "It's something they do when athletes are getting individual recognition, and calling attention back to the university, if you will," [University of Arizona's Senior Associate Athletic Director Suzy] Mason said.
>
> For future Wildcats, the "WC" is a way to broadcast their next stop.
>
> Salpointe Catholic's Kaelin Deboskie and Cameron Denson, both UA commits, flashed the signs during last fall's state championship game in Arizona Stadium.
>
> Recently, Deboskie played in the West Coast Bowl, a high school All-Star Game in Redondo Beach, Calif., alongside a few more future Wildcats.
>
> Pictures surfaced on Twitter of him teaching them the WC.
>
> "I'm super-excited to be a Wildcat," Deboskie said. "The major colleges all have their little signs. When you have a rising program, you should have something that kids, recruits and stuff, come in and see that."

*Id.*

35. Defendants' WC Trademark is identical to the identifying symbol first conceived of by Simon Burnett in 2003 and used by the University of Arizona, its students, and its student-athletes ever since.

36. The WC hand gesture depicted in Mr. Rocha and Mr. Jacinto's registration has been affiliated with the University of Arizona and with University of Arizona sports since well before its registration by Mr. Rocha and Mr. Jacinto.

37. The WC hand gesture, as described in the Rosenblatt article has been recognized by the University of Arizona and its athletic department as "something [student-athletes] do when athletes are getting individual recognition, and calling attention back to the university." *Id.*

38. The WC hand gesture was designed to and does create the initials "WC" as shorthand for "wildcat" referencing the University of Arizona's mascot and sports programs. *Id.*

39. The "#BTFD" hashtag on Defendants' apparel also is associated with the University of Arizona and confusingly similar to the University's own trademarks.

40. "#BTFD" is understood among the University of Arizona's affiliates, including the consuming public for University of Arizona apparel, to stand for "Bear The Fuck Down," a phrase that is confusingly similar to the University of Arizona's well known BEAR DOWN Trademark. *See* http://www.urbandictionary.com/define.php?term=btfd (definition number 2) (last accessed April 28, 2017).

41. "#BTFD" has been repeated on Twitter by a number of University of Arizona related individuals and is commonly used in conjunction with news or tweets which relate to the University of Arizona and its athletic program. For example, University of Arizona alumnus Stanley Johnson (currently playing basketball in the NBA for the Detroit Pistons) has tweeted "#BTFD"):

NINO BROWN @iAmSJ Follow

#BTFD

2:43 PM - 15 Nov 2013

294 201

42. Similarly, "#BTFD" had been tweeted by the @scumdevils twitter account (which, upon information and belief, is associated with or owned by Defendants) in connection with the University of Arizona and its athletic department alumni:




43. Defendants' sale of apparel containing "#BTFD" is likely to cause confusion as to association or ownership among the consuming public based on the University of Arizona's well know BEAR DOWN Registered Trademarks and the University of Arizona's common law rights in BEAR DOWN.

44. The Scumdevils website, as well as the apparel sold there, freely incorporates the University of Arizona's widely recognized combination of bright red and dark blue (i.e., the University's distinctive and source identifying color scheme), thereby increasing the likelihood that apparel available through the Scumdevils website will be mistakenly assumed by the consuming public to be affiliated with or sponsored or approved by the University of Arizona. An example of Defendants' use of the University's distinctive color scheme is pictured below:




http://scumdevils.com/product/mens-basketballwc-navy-tee/ (showing both the red-and-blue scumdevils.com logo and red-and-blue themed t-shirt) (last accessed April 27, 2017).

45. On or about May 10, 2016, counsel representing the University of Arizona informed Defendants of their infringement of the University's trademarks.

46. During the remainder of 2016, the parties attempted to negotiate a settlement of this dispute, which negotiations were unsuccessful.

47. As of April of 2017, Defendants continue to list the infringing items at www.scumdevils.com, and continue to use the University's distinctive color scheme, both in the subject apparel and on the website itself.

48. As a result, the Defendants continue to infringe the University's trademarks as described above.

49. Further, since Defendants have known of the University's claims of trademark infringement since at least May 10, 2016, the Defendants' continued infringement since that time has been and continues to be willful and in blatant disregard of the University's rights.

**C. Alter Ego**

50. Upon information and belief, Mr. Rocha and Mr. Jacinto are the sole members of Scumdevils, LLC, thus there is complete unity of interest and ownership between them and Scumdevils.

51. Further, based on filings with the United States Patent and Trademark Office (USPTO), the WC Trademark was issued to Mr. Rocha and Mr. Jacinto, personally.

52. Upon information and belief Mr. Rocha and Mr. Jacinto obtained the WC Trademark for use with their company Scumdevils, LLC.

53. That Mr. Rocha and Mr. Jacinto obtained the WC Trademark for use with Scumdevils, LLC is supported at least by their specimen filings with the USPTO, as shown below:

Oct. 6, 2015 Specimen submitted in support of Trademark Serial No. 86233387 (Registration No. 4,875,081).

54. Because Mr. Rocha and Mr. Jacinto have failed to maintain separate entities with respect to themselves individually and with respect to Scumdevils, at least as is shown by their individual registration of the WC Trademark despite their clear intent to use it in conjunction with Scumdevils, for the Court to maintain separate entities with respect to the Defendants would result in fraud and injustice.

**FEDERAL TRADEMARK INFRINGEMENT**
**UNDER LANHAM ACT §32 (15 U.S.C. § 1114(1))**

55. The University of Arizona incorporates by reference the allegations contained in paragraphs 1 through 54 above as though fully set forth herein.

56. University of Arizona is the legal owner of the Registered Wildcat Head Trademark which is distinctive and has been used in commerce. The University of Arizona has registered its mark with the United States Patent and Trademark Office as Registration No. 1,685,999.

57. University of Arizona is the legal owner of the Registered Wildcat Trademarks which are distinctive and have been used in commerce. The University of

Arizona has registered its marks with the United States Patent and Trademark Office as Registration Nos. 1,504,908; 1,720,369; and 2,679,963.

58. University of Arizona is the legal owner of the Registered Bear Down Trademark which is distinctive and has been used in commerce. The University of Arizona has registered its mark with the United States Patent and Trademark Office as Registration No. 1,508,238.

59. Defendants, without the University of Arizona's authorization, have used and are making use of the Registered Trademarks (or a confusingly similar reproductions thereof).

60. Upon information and belief, Defendants have undertaken these acts willfully and with the intent to trade on the University of Arizona's reputation and to cause confusion, mistake, and deception on the public.

61. Upon information and belief, such confusion and deception is a likely result of Defendants' use of the University of Arizona's Registered Trademarks, which confuses the public regarding the relationship between Defendants and the University of Arizona, and the sponsorship, affiliation or approval of Defendants' goods.

62. Upon information and belief, Defendants have profited through the impermissible use of the University of Arizona's Registered Trademarks by, *inter alila*, capitalizing on the public's belief that they are (or their products are) affiliated with the University of Arizona.

63. Defendants' actions complained of have at all times been without the University of Arizona's consent, and their acts constitute infringement of the federally registered University of Arizona Registered Trademarks in violation of 15 U.S.C. § 1114(1).

64. Defendants' infringement is willful.

65. The University of Arizona is entitled to an injunction prohibiting further use of the University of Arizona's Registered Trademarks.

66. The University of Arizona is entitled to recover all damages sustained as a result of the unlawful conduct, including three times Defendants' profits, the University of Arizona's damages, as well as the costs of this suit and attorneys' fees, pursuant to 15 U.S.C. § 1117.

**FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER LANHAM ACT §43(A) (15 U.S.C. § 1125(A)**

67. The University of Arizona incorporates by reference the allegations contained in paragraphs 1 through 66 above as though fully set forth herein.

68. The University of Arizona has rights in the Registered and Common Law Trademarks through the use of the marks in commerce, such rights existing long before any use of the marks by Defendants.

69. Defendants' acts complained of herein constitute unfair competition under section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

70. Upon information and belief, Defendants deliberately and intentionally infringed on University of Arizona's Registered and Common Law Trademarks (or confusingly similar reproductions thereof).

71. Upon information and belief, Defendants, without University of Arizona's authorization, have incorporated into their products and on their web pages, copies of the University of Arizona's Registered and Common Law Trademarks (or confusingly similar reproductions thereof).

72. Upon information and belief, Defendants' actions have caused and are likely to cause confusion, mistake, or deception as to the affiliation, connection, or association between the University of Arizona and Defendants' goods, services, and/or commercial activities.

73. Upon information and belief, Defendants' actions have caused and are likely to cause confusion, mistake or deception regarding the origin, sponsorship, or approval of Defendants' goods, services, and/or commercial activities.

74. Upon information and belief, Defendants' use of the University of Arizona's Registered and Common Law Trademarks connotes a false and misleading statement that Defendants' website and products are affiliated with University of Arizona. This statement deceived, or had the capacity to materially deceive, potential customers into purchasing merchandise from Defendants. Defendants' website and products are used/sold in interstate commerce and the University of Arizona has been or is likely to be injured as a result of Defendants' use of the University of Arizona's Registered and Common Law Trademarks.

75. As a result of Defendants' actions, University of Arizona is entitled to an injunction and entitled to recover all damages sustained as a result of the unlawful conduct, including Defendants' profits, University of Arizona's damages, as well as the costs of this suit and attorneys' fees and any other remedies available at common law.

## CANCELLATION OF SCUMDEVILS' TRADEMARK REGISTRATIONS UNDER LANHAM ACT §§2(A), (D) (15 U.S.C. §§1052(A), (D))

76. University of Arizona incorporates by reference the allegations contained in paragraphs 1 through 75 above as though fully set forth herein.

77. Defendants' WC Trademark is identical to the identifying symbol first conceived of by Simon Burnett in 2003 and used by the University of Arizona, its students, and its student-athletes ever since.

78. The WC hand gesture depicted in Defendants Rocha and Jacinto's registration has been affiliated with the University of Arizona and with University of Arizona sports since well before its registration by Defendants Rocha and Jacinto.

79. The WC hand gesture, as described in the Rosenblatt article has been recognized by the University of Arizona and its athletic department as "something [student-athletes] do when athletes are getting individual recognition, and calling attention back to the university."

80. The WC hand gesture was designed to and does create the initials "WC" as shorthand for "wildcat" reverencing the University of Arizona's mascot and sports program.

81. Defendants' registration of the WC trademark and its use of the WC hand gesture falsely suggests a connection with the University of Arizona in violation of Section 2(a) of the Lanham Act.

82. Similarly, Defendants' Dia De Los Arizona Gatos trademark and Defendants' use of the Dia De Los Arizona Gatos design falsely suggest a connection with the University of Arizona in violation of Section 2(a) of the Lanham Act.

83. Defendants' WC trademark and its Dia De Los Arizona Gatos trademark are confusingly similar to numerous University trademarks, both registered and unregistered. For example, Defendants' WC trademark is confusingly similar to the University's WILDCAT marks. Additionally, Defendants' Dia De Los Arizona Gatos design is confusingly similar to numerous pre-existing University trademarks, including the WILDCAT marks and the Wildcat Head Mark. The use of Defendants' WC Trademark and Defendants' Dia De Los Arizona

84. Defendants' WC trademark and its Dia De Los Arizona Gatos trademark are likely, when used on or in connection with the goods of the Defendants, to cause confusion, or to cause mistake, or to deceive, in violation of Section 2(d).

85. As a result of Defendants' actions, University of Arizona is entitled to the cancellation of the WC Trademark and the Dia De Los Arizona Gatos Trademark.

**COMMON LAW TRADEMARK INFRINGEMENT**

86. University of Arizona incorporates by reference the allegations contained in paragraphs 1 through 85 above as though fully set forth herein.

87. University of Arizona has common law rights in the University of Arizona Common Law Trademarks through the use of the marks in commerce, such rights existing long before any use of the marks by Defendants.

88. Defendants' acts complained of herein constitute common law infringement of the University of Arizona Common Law Trademarks (or confusingly similar reproductions thereof).

89. Upon information and belief, Defendants have undertaken these acts willfully and with the intent to trade on University of Arizona's reputation and to cause confusion, mistake, and deception on the public.

90. Upon information and belief, such confusion and deception is a result of Defendants' use of University of Arizona's Common Law Trademarks which confuse the public regarding the relationship between Defendants and University of Arizona.

91. As a result of Defendants' infringement, University of Arizona is entitled to an injunction and entitled to recover all damages sustained as a result of the unlawful conduct, including Defendants' profits, University of Arizona's damages, as well as the costs of this suit and attorneys' fees and any other remedies available at common law.

**COMMON LAW UNFAIR COMPETITION**

92. The University of Arizona incorporates by reference the allegations contained in paragraphs 1 through 91 above as though fully set forth herein.

93. The University of Arizona has rights in the Registered and Common Law Trademarks through the use of the marks in commerce, such rights existing long before any use of the marks by Defendants.

94. Defendants' acts complained of herein constitute common law unfair competition.

95. Upon information and belief, Defendants deliberately and intentionally infringed on University of Arizona's Registered and Common Law Trademarks (or confusingly similar reproductions thereof).

96. Upon information and belief, Defendants, without University of Arizona's authorization, have incorporated into their products and on their web pages, copies of the

University of Arizona's Registered and Common Law Trademarks (or confusingly similar reproductions thereof).

97. Upon information and belief, Defendants' actions have caused confusion, mistake, or deception as to the affiliation, connection, or association between the University of Arizona and Defendants' goods, services, and/or commercial activities.

98. Upon information and belief, Defendants' use of the University of Arizona's Registered and Common Law Trademarks connotes a false and misleading statement that Defendants' website and products are affiliated with University of Arizona. This statement deceived, or had the capacity to materially deceive potential customers into purchasing merchandise from Defendants. Defendants' website and products are used/sold in interstate commerce and the University of Arizona has been or is likely to be injured as a result of Defendants' use of the University of Arizona's Registered and Common Law Trademarks.

99. As a result of Defendants' actions, University of Arizona is entitled to an injunction and entitled to recover all damages sustained as a result of the unlawful conduct, including Defendants' profits, University of Arizona's damages, as well as the costs of this suit and attorneys' fees and any other remedies available at common law.

## COMMON LAW MISAPPROPRIATION

100. The University of Arizona incorporates by reference the allegations contained in paragraphs 1 through 99 above as though fully set forth herein.

101. The University of Arizona had expended substantial time, labor, skill and money in the development of its Registered and Common Law Trademarks.

102. University of Arizona generates substantial revenue through the sale and licensing of products bearing its Registered and Common Law Trademarks.

103. Defendants have appropriated the University of Arizona's Registered and Common Law Trademarks and have sold products containing said Registered and Common Law Trademarks (or confusingly similar variations thereof) as if they were

Defendants' own, i.e., Defendants are appropriating to themselves "the harvest of those who have sown."

104. Defendants, thus, are interfering precisely at the point where profit is to be reaped, in order to divert a material portion of the profit from the University of Arizona.

105. University of Arizona is entitled to all relief available at common law.

**PRAYER FOR JUDGMENT AND RELIEF**

WHEREFORE, Plaintiff the University of Arizona prays for a judgment against Defendants as follows:

a. That University of Arizona's Registered and Common Law Trademarks are protectable and distinctive;

b. That Defendants have infringed University of Arizona's Registered and Common Law Trademarks;

c. An award of damages, an accounting of profits, and other relief to the University of Arizona against Defendants for infringement of University of Arizona's Registered Trademarks under 15 U.S.C. §§ 1114, 1116, 1117;

d. An award of damages and other relief available to the University of Arizona at common law against Defendants for infringement of University of Arizona's Common Law Trademarks.

e. An award of damages and other relief available to Plaintiff owing to Defendants' misappropriation;

f. An increase of the sums awarded to University of Arizona to three times the actual damages pursuant to 15 U.S.C. §§ 1117, *et seq.*;

g. An award to University of Arizona of attorney fees and costs under 15 U.S.C. §§ 1117, *et seq.*;

h. A grant of preliminary and final injunctions to prevent further infringement of University of Arizona's Registered and Common Law Trademarks;

i. A grant of preliminary and final injunctions ordering seizure and destruction of all infringing goods, and ordering Defendants' to undertake corrective advertising to dispel any confusion already caused by Defendants' infringement;

j. An award of prejudgment and post judgment interest and costs of suit to the University of Arizona;

k. A finding that Mr. Manuel A. Rocha and Mr. Francisco J. Jacinto are alter egos of Scumdevils, LLC;

l. A finding that Plaintiff has properly named as defendants the spouses of Mr. Rocha and Mr. Jacinto during the relevant damages timeframe (DOES 1–10) and that Plaintiff is entitled to community property assets of Defendants;

m. An Order directing the cancellation of Trademark Reg. Nos. 4,875,081 and 4,909,355 pursuant to 15 U.S.C. § 1119; and

n. Such other and further relief as the Court deems proper and just.

**DEMAND FOR JURY TRIAL**

Plaintiff, the University of Arizona, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demands a trial by jury on all issues triable by right by a jury.

Respectfully submitted,
**QUARLES & BRADY LLP**

By: *_/s/ Michael J. Curley_*

Michael J. Curley (AZ Bar #025972)
Michael.Curley@quarles.com
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621
TEL: (520) 770-8768

Isaac S. Crum (AZ Bar #026510)
Isaac.crum@quarles.com
One Renaissance Square
Two North Central Avenue

Phoenix, AZ 85004
Tel: (602) 229-5200

*Attorneys for The Arizona Board of Regents on behalf of The University of Arizona*