# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** The Arizona Board of Regents on behalf of The University of Arizona | **Defendant(s):** Scumdevils, LLC ; Manuel A Rocha ; Francisco J Jacinto |
| County of Residence: Pima | County of Residence: Pima |
| County Where Claim For Relief Arose: Pima | |

Plaintiff's Atty(s):

Michael J Curley
Quarles & Brady
One South Church Ave., Suite 1700
Tucson, Arizona  85701
520-770-8768

Isaac S Crum
Quarles & Brady
One Renaissance Sq., 2 N. Central Ave.
Phoenix, Arizona  85004
602-229-5200

Defendant's Atty(s):

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- N/A
Defendant:- N/A

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   840 Trademark

<u>VI.Cause of Action:</u>   **This is an action trademark infringement, false designation of origin, and a request for trademark cancellation, arising under the Lanham Act, 15 U.S.C. §§ 1051–1127. This is also an action for misappropriation and unfair competition arising under the common law of the State of Arizona.**

<u>VII. Requested in Complaint</u>
   Class Action: **No**
   Dollar Demand:
   Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>Isaac S. Crum</u>

   **Date:** <u>04/28/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**