**GIORDANO SPANIER & HECKELE, PLLC**
4007 E. Paradise Falls Dr., Ste. 212
Tucson, Arizona 85712
(520) 352-0008
(520) 303-9944 fax
**Gerald F. Giordano**
SBN: 019097, PCCN: 65426
jerry@reallawtucson.com
**Mark W. Heckele**
SBN: 027588, PCCN: 66271
mark@reallawtucson.com
Attorneys for Defendants Scumdevils, LLC,
Manual A. Rocha, and Francisco J. Jacinto

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Board of Regents on behalf of The University of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Scumdevils, LLC; Manual A. Rocha; Francisco J. Jacinto; and DOES 1-10,<br><br>Defendants. | Case No.: 4:17-cv-00195-RM<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Gerald F. Giordano and Mark W. Heckele of the law firm of Giordano Spanier & Heckele, PLLC, appear as attorneys of record on behalf of Defendants Scumdevils, LLC, Manual A. Rocha, and Francisco J. Jacinto.

**DATED** this 10th day of August, 2017.

**GIORDANO SPANIER & HECKELE, PLLC**

/s/ Gerald F. Giordano
Gerald F. Giordano
Mark W. Heckele
Attorneys for Defendants Scumdevils, LLC,
Manual A. Rocha, and Francisco J. Jacinto

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Michael J. Curley
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621

Isaac S. Crum
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004

/s/ Gerald F. Giordano