**GIORDANO SPANIER & HECKELE, PLLC**
4007 E. Paradise Falls Dr., Ste. 212
Tucson, Arizona 85712
(520) 352-0008
(520) 303-9944 fax
**Gerald F. Giordano**
SBN: 019097, PCCN: 65426
jerry@reallawtucson.com
**Mark W. Heckele**
SBN: 027588, PCCN: 66271
mark@reallawtucson.com
Attorneys for Defendants Scumdevils, LLC,
Manual A. Rocha, and Francisco J. Jacinto

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Board of Regents on behalf of The University of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Scumdevils, LLC; Manual A. Rocha; Francisco J. Jacinto; and DOES 1-10,<br><br>Defendants. | Case No.: 4:17-cv-00195-RM<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby give notice that the parties have settled this action at a mediation conducted on October 27, 2017. The parties and their counsel are in the process of preparing a final settlement agreement and related documentation, and anticipate the dismissal of this action once such settlement agreement is finalized

**DATED** this 13th day of November, 2017.

**GIORDANO SPANIER & HECKELE, PLLC**

/s/ Gerald F. Giordano
Gerald F. Giordano
Mark W. Heckele
Attorneys for Defendants Scumdevils, LLC,
Manual A. Rocha, and Francisco J. Jacinto

**QUARLES & BRADY LLP**

/s/ Gerald F. Giordano w/ permission for
Michael J. Curley
Isaac S. Crum
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

> Michael J. Curley
> Quarles & Brady LLP
> One South Church Avenue, Suite 1700
> Tucson, AZ 85701-1621
>
> Isaac S. Crum
> Quarles & Brady LLP
> One Renaissance Square
> Two North Central Avenue
> Phoenix, AZ 85004

/s/ Carleen Thomas